# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

STEPHEN SCOTT PIERCE,

        Debtor.

Case No. 24-42468-MJH

ORDER GRANTING RELIEF FROM STAY

THIS MATTER is before the court upon the motion of Numerica Credit Union ("Numerica") for Relief from Stay, or for Adequate Protection, and for authorization for Numerica to enforce the rights granted to it under the laws of the State of Washington, ECF No. ___. Based upon the motion, and upon consideration of the documents and evidence presented,

IT IS HEREBY ORDERED that:

ORDER - 1

**PHILLABAUM LEDLIN MATTHEWS & SHELDON, PLLC**
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
FACSIMILE (509) 625-1909

1. Numerica is hereby relieved from the stay imposed by law as it pertains to the 2017 Autumn Ridge Mini 15RB VIN 1SABSHAG7H2NW5059 ("Autumn Ridge"), including all parts or goods put on it, all money or goods received (proceeds) for the Autumn Ridge, all insurance, maintenance, service, or other contracts Numerica financed for Debtor, and all proceeds from insurance, maintenance, service, or other contracts Numerica financed for Debtor, including any refunds of premiums or charges from the contracts, and the Debtors' unclaimed personal property contained within the Autumn Ridge, and is authorized to proceed with the enforcement of the rights granted to it under the laws of the State of Washington;

2. The requirements of FRBP 4001(a)(3) are waived and this order is effective upon its entry.

/// End of Order ///

Presented by:

PHILLABAUM LEDLIN MATTHEWS
& SHELDON, PLLC


_____
DOUGLAS DICK, WSBA No. 46519
Lawyer for Numerica Credit Union

ORDER - 2

**PHILLABAUM LEDLIN MATTHEWS
& SHELDON, PLLC**
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
FACSIMILE (509) 625-1909